**ELMIRA R. HOWARD (Bar No. 258391)**
  erh@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**707 Wilshire Boulevard, Suite 4000**
**Los Angeles, California 90017-3623**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Defendant WESTERN SURETY COMPANY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of ALAMEDA ELECTRIC DISTRIBUTORS, INC., a California corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>AMERESCO, Inc.; ECO ENGINEERING INC., doing business as CONSOLIDATED LIGHTING SERVICES; WESTERN SURETY COMPANY, and DOES 1-25, inclusive,<br><br>        Defendants. | Case No. 4:24-cv-06754-HSG<br><br>**ORDER ON STIPULATION FOR LEAVE TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

The Court, having considered the Stipulation for Leave to Extend Time to Respond to the Complaint ("Stipulation") entered into between Plaintiff UNITED STATES OF AMERICA, for the use and benefit of ALAMEDA ELECTRIC DISTRIBUTORS, INC. ("Plaintiff") and Defendant WESTERN SURETY COMPANY ("Western"), finds good cause to grant the Stipulation and orders as follows:

/ / /

/ / /

/ / /

/ / /

**IT IS THEREFORE ORDERED:**

1. The deadline for Western to answer the complaint is extended to December 20, 2024 in an effort to resolve the matter.

**IT IS SO ORDERED**.

DATED: 11/21/2024

*/s/ Haywood S. Gilliam, Jr.*
THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE