DANIEL M. STEINBERG (SBN 194948)
dsteinberg@weintraub.com
DUSTIN M. AMREIN (SBN 304561)
damrein@weintraub.com
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: 916.558.6000
Facsimile: 916.446.1611

Attorneys for Plaintiffs United States
for the use and Benefit of Alameda Electric Distributors, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of ALAMEDA ELECTRIC DISTRIBUTORS, INC., a California corporation,<br><br>Plaintiffs,<br>vs.<br><br>AMERESCO, Inc.; ECO ENGINEERING INC., doing business as CONSOLIDATED LIGHTING SERVICES; WESTERN SURETY COMPANY, and DOES 1-25, inclusive<br><br>Defendants. | Case No.: 4:24-cv-06754-HSG<br><br>**ORDER ON STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

weintraub tobin chediak coleman grodin
law corporation

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

The Court, having considered the Stipulation for Leave to Extend Time to Respond to the Complaint ("Stipulation") entered into between Plaintiff UNITED STATES OF AMERICA, for the use and benefit of ALAMEDA ELECTRIC DISTRIBUTORS, INC. ("Plaintiff") and Defendant WESTERN SURETY COMPANY ("Western"), finds good cause to grant the Stipulation and orders as follows:

**IT IS THEREFORE ORDERED:**

1. The deadline for Western to answer the complaint is extended to March 31, 2025 in an effort to resolve the matter.

**IT IS SO ORDERED**.

DATED: 12/20/2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Haywood S. Gilliam Jr.

THE HON. H[...]
UNITED STA[...]DGE

Case No. 4:24-cv-06754-HSG
3151314.1 05304-360-000
ORDER on Stipulation to Extend Time to Respond to Complaint